# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sandeep Singh Sidhu,<br><br>　　　　　　Petitioner,<br><br>v.<br><br>United States Secretary of the Department of Homeland Security; Eric Holder, Jr.; United States Attorney General, Director of Immigration and Naturalization Service (USCIS),<br><br>　　　　　　Respondents. | No. CV-14-00538-PHX-PGR<br><br>**ORDER** |

　　　The Court has reviewed de novo the Report and Recommendation (Doc. 9) of Magistrate Judge Mark E. Aspey, filed on January 12, 2015. The Government has conceded in its response to the petition that Petitioner is entitled to a bond hearing before an immigration judge (Doc. 8 at 3), and no objections have been filed to the Report and Recommendation. The Court will therefore accept and adopt the Magistrate Judge's Report and Recommendation, will grant the petition to the extent the petition seeks a bond hearing, and will order the Immigration Court to hold a bond hearing within thirty days.

IT IS ORDERED that the Magistrate Judge's Report and Recommendation (Doc. 9) is accepted and adopted by the Court.

IT IS FURTHER ORDERED that the Petition Under 28 U.S.C. § 2241 For Writ of Habeas Corpus by Person in Federal Custody (Doc. 1) is Granted as construed by the Court as requesting a bond hearing.

IT IS FURTHER ORDERED that the Immigration Court in Florence, Arizona, is to hold an individualized bond hearing for Petitioner within thirty days of the date of this Order.

IT IS FURTHER ORDERED that within 5 days of the hearing, Respondent is ordered to file a report with the Court describing the outcome of that hearing.

Dated this 10th day of February, 2015.

Paul G. Rosenblatt
United States District Judge